Mark Borghese, Esq.
Nevada Bar No. 6231
*mborghese@weidemiller.com*
Ryan Gile, Esq.
Nevada Bar No. 8807
*rgile@weidemiller.com*
**WEIDE & MILLER, LTD.**
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128
Tel. (702) 382-4804
Fax (702) 382-4805

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| THE FAB FOUR CORP., a Nevada corporation, | Case No.: 2:10-cv-01105-PMP-RJJ |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)** |
| THE FAB 4, LLC, a Colorado limited liability company; and DOES 1 through 10, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff voluntarily dismisses the above captioned litigation against the Defendants without prejudice pursuant to Fed. R. Civ. P. 41(a).

DATED this 27th day of August, 2010.

Respectfully Submitted,

IT IS SO ORDERED.

**WEIDE & MILLER, LTD.**

_____
PHILIP M. PRO
U.S. DISTRICT JUDGE

Dated: August 30, 2010.

_Ryan Gile_
Mark Borghese, Esq.
Ryan Gile, Esq.
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128
Attorneys for Plaintiff

RRG-w-1836                                         1

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804